AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

**MAY 1 8 2026**

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | Case No. $C$-26-387M |
| | ) | |
| Juan NASARIO-REYES | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 16, 2026 _____ in the county of _____ Kenedy _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S. Code § 1324(a)(1)(A)(ii) | did knowingly or in a reckless disregard of the fact that an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle. |
| AND 21 U.S. Code § 841(a)(1) | Knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexa Mortl, Special Agent HSI
_____
*Printed name and title*

*Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found on* Mch 18, 2026

_____
*Judge's signature*

City and state:      Corpus Christi, Texas              Jason B. Libby, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

On May 16, 2026, Juan Nasario Reyes was arrested for violation of:

8 U.S. Code § 1324(a)(1)(A)(ii) - Bringing in and harboring certain aliens: Any person who did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

21 U.S. Code § 841(a)(1) - Prohibited acts: Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

Your affiant is familiar with the information contained in this affidavit, either through personal investigation or through discussion with other law enforcement officers, who have participated in and have contributed documentary reports of their investigative efforts in this matter.

**Statement of Facts:**
On May 16, 2026, Border Patrol Agents (BPAs) at the Border Patrol (BP) Checkpoint in Sarita, TX encountered and arrested Juan NASARIO-REYES for smuggling 42 illegal aliens inside the cab and trailer of his tractor-trailer.

On May 16, 2026, at approximately 11:10 p.m., BPA Jorge Munoz was working in the primary immigration inspection lane at the Javier Vega Jr. BP Checkpoint located in Sarita, TX, when he observed a White 2005 Volvo tractor trailer pull up in the primary inspection lane. BPA Munoz asked the driver, later identified as Juan NASARIO-REYES, if he was a United States Citizen and if he was alone. NASARIO-REYES responded in the affirmative to both questions, stating that he was both a United State Citizen and he was traveling alone. BPA Munoz asked where he was heading and coming from, to which NASARIO-REYES stated he was coming from McAllen, TX and heading to Amarillo, TX. BPA Munoz told the NASARIO-REYES that the driver of the white Ford F-150 directly in front of him in the inspection lane also stated he was going to Amarillo, and asked NASARIO-REYES if he knew the driver of that truck. NASARIO-REYES stated he knew the driver of the white F-150 in front of him.

At that point, BPA Munoz asked NASARIO-REYES what he was hauling in his trailer, and NASARIO-REYES nervously responded "No." BPA Munoz asked the same question again, but NASARIO-REYES did not respond, so BP Munoz asked the question a third time. After the third time of being asked what he was hauling in the trailer,

NASARIO-REYES stated "I'm empty". When BPA Munoz asked if he was alone, NASARIO-REYES stated "Yes, by myself."

While BPA Munoz was performing the immigration inspection with NASARIO-REYES, BPA Tyden Pace allowed his canine to perform a non-intrusive free-air-sniff of the vehicle, resulting in a canine alert to the sleeper portion of the tractor and to the front of the trailer. Due to this alert, NASARIO-REYES was sent to the secondary inspection area for further questioning and inspection of his vehicle.

Once in the secondary inspection area, BPA agents searched the cab and compartments of the tractor, where they discovered four (4) illegal aliens hiding. One (1) illegal alien was located under the bed in the center, one (1) was in a compartment under the bed on the driver's side, one (1) was found in a compartment under the bed on the passenger's side, and one (1) was on top of the bed, covered with a grey bed sheet.

BPAs then moved onto the trailer doors, which had been latched shut from the outside, not allowing those inside to be able to open them. BPAs observed a seal had been placed on the doors, although it was not fully secured onto the doors. Upon opening the doors to the back of the trailer, BPAs discovered thirty-eight (38) additional illegal aliens. There was no commercial load inside the trailer; only the thirty-eight (38) illegal aliens, and necessity items for their trip, such as water bottles, trash, a cushion, and a pee bucket were in the trailer. According to BP temperature readings, the trailer was approximately 92.5 degrees inside where the thirty-eight (38) illegal aliens were found.

The illegal aliens were citizens and nationals of numerous countries, including the following: Mexico, El Salvador, Honduras, Guatemala, Ecuador, Peru, Colombia, Cuba, and Brazil. All 38 of the individuals found in the trailer admitted to being in the United States without any documents that allow them to be or remain in the United States legally.

BPAs arrested and escorted all forty-two (42) illegal aliens and the driver into the BP checkpoint for further questioning.

BPAs located six (6) cellphones incident to search in the personal property of five (5) subjects. One (1) phone was claimed by the driver, NASARIO-REYES. Two (2) phones were claimed by an illegal alien inside the trailer, and the remaining two (2) phones were claimed by two other illegal aliens in the load.

BPAs also discovered approximately 6.6 grams of methamphetamines inside a clear plastic bag inside NASARIO-REYES's backpack, along with a laptop and other personal items.

Homeland Security Investigation was informed about the event the next day, on May 17, 2026, at approximately 8:00 a.m. After arriving at the BP Checkpoint, HSI Special Agent (SA) Alexa Mortl conducted a second search of the tractor trailer and NASARIO-REYES's personal effects. Upon further search of NASARIO-REYES's personal effects,

in the presence of BP Supervisor Federico Solis, SA Mortl discovered a headphone box among the belongings, which rattled and felt heavier than what SA Mortl would have expected if there were only headphones in the box. SA Mortl opened the headphone box and discovered a clear plastic bag containing a white crystal substance which appeared to be methamphetamines, a funnel, and a pipe. BPAs tested the substance, which came back positive for methamphetamines and weighed in at approximately 9.4 grams. This increased the total methamphetamines found in NASARIO-REYES's possession to approximately 16 grams.

**Principle Interview of Juan NASARIO-REYES:**

BP Interview on May 16, 2026:

On May 16, 2026, at approximately 4:58 a.m., Juan NASARIO-REYES, a citizen and national of the United States was advised of his rights to Miranda, in his preferred language of English, per Custom and Border Protection (CBP) service form I-214. NASARIO-REYES signed the form and stated he understood his rights and was willing to speak with BP agents without an attorney.

During the interview, NASARIO-REYES stated he is from Beaver Oklahoma and was recently in McAllen for approximately twenty-seven (27) days. NASARIO-REYES stated he has been a truck driver for approximately twenty-five (25) years, during which he has driven all around the country. NASARIO-REYES stated he knew there was a white vehicle in front of him helping him scout for this event but was unable to identify the subject.

HSI interview on May 17, 2026:

On May 17, 2026, at approximately 1:10 p.m. Juan NASARIO-REYES, a citizen and national of the United States was advised of his rights to Miranda, in the English language, per DHS Homeland Security Investigations Statement of Rights Form. NASARIO-REYES stated he understood his rights and was willing to speak with HSI Special Agents without an attorney. The interview was video and audio recorded. Present for the interview was HSI SA Alexa Mortl and HSI SA Kevin Foreman.

During the interview, NASARIO-REYES told SA Mortl he was currently living out of his car and did not have a home address. NASARIO-REYES stated his car is currently parked at the Amarillo airport. SA Mortl asked why it was parked at the airport and if had had flown down. SA Mortl also mentioned airport parking is expensive. NASARIO-REYES ignored the question about flying down and why it is parked there but stated he is being charged $10 per day to park there. SA Mortl asked if he needed to contact anyone to go pick up his car, to which he replied "No. It's fine. I did it. I don't know nothing. That's all." SA Mortl then asked NASARIO-REYES, "you did what?" and NASARIO-REYES responded, "What am I being charged with?" SA Mortl replied, "smuggling

illegal aliens," to which NASARIO-REYES replied, "then that's what I did." SA Mortl asked, "So you knew they were in there?" and NASARIO-REYES stated, "It doesn't matter what I say". SA Mortl responded "Yes, it does." NASARIO-REYES stated again it didn't matter what he said because he was still being charged with the crime. SA Mortl then asked, "What did you think you were picking up" and NASARIO-REYES replied, "that's it." NASARIO-REYES mumbled inaudible words and then repeated "that's it" again.

When asked about who hired him, NASARIO-REYES stated he was taking the fall for something he got caught doing. NASARIO-REYES stated he did not have a side of his story to share.

**Material Witness Interview of Saida Oyuela-Rodas:**
On May 17, 2026, at approximately 5:32 a.m., Saida Oyuela-Rodas, a citizen and national of Honduras, was advised of her rights to Miranda in the Spanish language, per CBP Service Form I-214. Oyuela-Rodas stated she understood her rights and was willing to speak with agents without an attorney.

Oyuela-Rodas stated she was going to pay $18,000 USD to be smuggled into the United States. Oyuela-Rodas stated she was transported to a warehouse/stash house in Reynosa via bus on May 10, 2026. Oyuela-Rodas stated there were approximately 600 immigrants at that stash house/warehouse who were waiting to cross into the United States. Oyuela-Rodas stated she crossed the river via raft and was then picked up by a male subject driving a red pick-up truck and taken to another location. From there, Oyuela-Rodas stated she was transported in the same red pick-up truck to a gas station, where she was instructed to load into the back seat area of the cab of the tractor-trailer she was found in during this event. Oyuela-Rodas stated once inside the cab, an older man instructed her on where to hide inside the cabin. Oyuela-Rodas stated the tractor-trailer was parked at the gas station for approximately eight (8) hours before the driver got into the driver's seat, turned on the truck, and told her and the other illegal aliens to be quiet. Oyuela-Rodas stated they traveled for approximately one hour before they arrived at the BP checkpoint. Oyuela-Rodas stated that she had seen the driver's cell phone on the dashboard displaying an ETA of five (5) hours to their final destination.

Oyuela-Rodas was then shown a six-pack photo line-up and positively identified NASARIO-REYES as the driver of the tractor-trailer who was transporting her.

**Disposition:**
The facts of this case were presented to the Assistant United States Attorney's office, who accepted prosecution of Juan NASARIO-REYES for violation of 8 U.S. Code § 1324(a)(1)(A)(ii) and 21 U.S. Code § 841(a)(1). Saida Oyuela-Rodas was held as a Material Witnesses. The additional 41 illegal aliens were processed in accordance with the Immigration and Nationality Act.

SA Alexa Mortl, Special Agent, HSI

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on May 18, 2026

Jason B. Libby, U.S. Magistrate Judge